# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

## OMINBUS WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robert B. Duke Jr., Esq.'s employment at America Law Group, Inc. is ending on May 1, 2015, therefore he hereby withdraws his appearance and substitutes Richard J. Oulton, Esq., in his place for all lawful purposes as Counsel of Record for the Debtor(s) in the bankruptcy cases on the attached list.

Dated: April 28, 2015                                  FOR AMERICA LAW GROUP, INC.,

/s/ Richard J. Oulton
Richard J. Oulton, Esq.
VSB# 29640
America Law Group, Inc.
8501 Mayland Drive, Suite 106
Henrico, VA 23294
Phone: (804) 308-0051
Fax: (804) 308-0053
Counsel for Debtors

/s/ Robert B. Duke Jr.
Robert B. Duke Jr., Esq.

## CASES

| Case No. | Case Title |
| --- | --- |
| 12-32146 | Alas, Luis and Felicitas |
| 13-36676 | Bandy, Matthew Timonth & Lisa Diane |
| 13-34293 | Betts, Paige |
| 13-30686 | Call, James Henry & Terri Mace |
| 12-33166 | Coleman, Lisa |
| 11-37632 | Corley, Colleen Marie |
| 12-32703 | Cortez-Segovia, Juan |
| 14-32092 | Crowder, Charles & Wanda |
| 14-33432 | Crump-Coleman, Earlene |
| 14-32243 | Dakir, Tanya |
| 14-35700 | Dalton, Benjamin & Casey |

| | |
|---|---|
| 14-34315 | Donovan, Bonita Jeanne |
| 11-37625 | Duncan, Janet |
| 11-36605 | Edmonds, Monique Denise |
| 13-34845 | Elkhadra,Tammy Lea |
| 14-33476 | Gregory, Patricia |
| 13-36079 | Harris, Dwight Coleman & Kimina |
| 13-35966 | Jones, Emma Celestine |
| 13-35278 | Jones, Linia Jean |
| 14-30347 | Lewis, Wilbur |
| 14-31346 | Mayo, Darshelle |
| 14-34905 | Meekins, Barbara Jean |
| 13-36189 | Miller, Angela Ford |
| 14-32132 | Nichols, Holly Dodson |
| 13-34491 | Scott, Jasmin Dane' |
| 14-31789 | Simpson, Curtis Gordon, S. & Barbara |
| 14-31216 | Thomas-Stanley, Johnathan Wade |
| 14-31121 | Turner, Bruce Sylvester |
| 14-36309 | Watkins, Carl Ashley & Cheryl Ann |